GARDNER, Respondent, v. THE ROYCROFTERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department.

May 28, 1907.) Action by Frederic W. Gardner against The Roycrofters and Elbert Hubbard. No opinion. Motion to dismiss appeal denied, with $10 costs. See 103 N. Y. Supp. 635, 637.